**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**August 15, 2003**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30354
Summary Calendar
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

WILBERT WILSON

Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 99-CR-50082-2
--------------------

Before KING, Chief Judge, and EMILIO M. GARZA and BENAVIDES,
Circuit Judges.

PER CURIAM:[*]

Wilbert Wilson appeals the district court's order denying

his motion to compel the Government to perform on an alleged

agreement.  Wilson argues that the district court has authority

to review the Government's refusal to move for a downward

departure and that the district court should have conducted a

hearing prior to denying him relief.  He argues that the

Government has acted in bad faith and has breached a cooperation

agreement.  He asserts that the jurisdictional basis for his

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

motion is FED. R. CRIM. P. 35(b). Wilson's motion cannot arise under FED. R. CRIM. P. 35(b) because the motion was not filed by the Government.

Wilson has appealed from the denial of a meaningless, unauthorized motion. Accordingly, the district court's denial of Wilson's motion is AFFIRMED because the district court lacked jurisdiction to entertain the motion.

AFFIRMED.